**Sonia Jeannine BROWN,**
**Plaintiff–Appellant,**

v.

**CARILION HEALTH SYSTEM;**
**Carilion Consolidated Labs,**
**Defendants–Appellees,**

and

**Judy Snipes; Randy Vandevander;**
**Raymond Dubose; Mark**
**Murphy, Defendants.**

No. 06–1642.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 7, 2007.

Decided: Feb. 16, 2007.

Sonia Jeannine Brown, Appellant Pro Se. Frank Kenneth Friedman, Agnis Chandra Chakravorty, Woods Rogers, PLC, Roanoke, Virginia, for Appellees.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sonia Jeannine Brown appeals the district court's order granting summary judgment to Defendants in her 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Carilion Health Sys.*, No. 7:05–cv–00487, 2006 WL 1214063 (W.D.Va. May 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*